IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TABITHA STEINER                                      PLAINTIFF

v.                      No. 4:21-cv-414-DPM

ARKANSAS AUTO GROUP, LLC d/b/a
Arkansas Auto Group, Inc. and CREDIT
ACCEPTANCE CORPORATION                    DEFENDANTS

## ORDER

The Court appreciates Credit Acceptance Corporation's pithy response brief. *Doc. 23.* There is another layer to this onion. The Court did not pay enough attention to the nonsuit. Steiner's voluntary dismissal of Jacobs Arkansas Auto Group, LLC meant, under Arkansas law, that it was as if (with certain inapplicable exceptions) the case had never been filed against that defendant. *Elzea v. Perry*, 340 Ark. 588, 591, 12 S.W.3d 213, 215 (2000); *M.F.A. Mut. Ins. Co. v. White*, 232 Ark. 28, 30, 334 S.W.2d 686, 687 (1960). Therefore, when Steiner later filed the amended complaint, adding Arkansas Auto Group, LLC — even if it is the same entity as Jacobs Arkansas Auto Group, LLC — the right to remove existed. The Court agrees with the reasoning in *Chott v. Cal Gas Corp.*, 746 F.Supp. 1377, 1378 (E.D. Mo. 1990). The motion to remand, *Doc. 16*, is denied. The Court will now move on to the arbitration issues.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 September 2021