IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TABITHA STEINER**  PLAINTIFF

v.  No. 4:21-cv-414-DPM

**ARKANSAS AUTO GROUP, LLC d/b/a
Arkansas Auto Group, Inc. and CREDIT
ACCEPTANCE CORPORATION**  DEFENDANTS

## JUDGMENT

Steiner's amended complaint is dismissed with prejudice. The Court retains jurisdiction until 16 August 2022 to enforce the parties' settlement.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 June 2022